UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Mark J. Politan
**POLITAN LAW, LLC**
88 East Main Street, #502
Mendham, New Jersey 07945
(973) 768-6072
mpolitan@politanlaw.com

*Subchapter V Trustee*

In Re:

AUTO PERFECTION ASSOCIATES, INC.,
                         Debtor.

Case Nos.: 21-14296 (JKS)

Chapter: 11
Subchapter V

## Chapter 11 Subchapter V Trustee's Report of No Distribution

I, *Mark J. Politan*, having been appointed trustee of the estate of the above-named debtor, report I collected funds totaling: $0.00. A non-consensual plan was confirmed on March 1, 2022. No plan payments were made to the trustee. According to the debtor, the plan substantially was consummated and, pursuant to 11 U.S.C. § 330(a), on December 4, 2021 and March 1, 2022, the Court ordered compensation totaling $7,720.50 be awarded to the trustee. These funds have been paid by the debtor to the trustee. I hereby certify that my administration of the estate of the above-named debtor(s) has been completed. I request that I be discharged from any further duties as trustee.

Date: June 17, 2022        By:    */s/Mark J. Politan*
                                                  Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-11(v)-NDR F**