UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**ABELSON LAW OFFICES**
By: Steven J. Abelson, Esq.
ID #SA 7987
80 West Main Street
PO Box 7005
Freehold, NJ 07728
(732)462-4773
Attorney for Debtor

In Re:

**AUTO PERFECTION ASSOCIATES INC.**

Case No.: 21-14296

Chapter: 11 (Sub. V)

Judge: JKS

## REPORT OF DISTRIBUTIONS
## UNDER CONFIRMED CHAPTER 11 PLAN

Date of Distribution: __monthly (May - Sep '22)__   Date Plan Confirmed: __3/1/22__

Check one:   ☐ Initial Distribution

☒ Subsequent Distribution

Will future distributions be made under the Plan?   ☒ Yes   ☐ No

Future distributions will be made to (*check all that apply*):

☐ Administrative fees and expenses
☐ Secured claims
☒ Priority secured claims
☐ General unsecured claims
☐ Equity security holders

Anticipated date of next distribution, if known: __10/1/22__

Percentage dividend to general unsecured creditors:

Paid in this distribution:   __0__ %
Paid to date:   __0__ %
To be paid after all distributions made under Plan:   __20__ %

**Summary of Payments Made in This Distribution:**

| | |
|---|---|
| $ _____ | Administrative fees and expenses |
| $ _____ | Secured claims |
| $ 3,815.58 | Priority unsecured claims |
| $ _____ | General unsecured claims |
| $ _____ | Equity security holders |
| $ 3,815.58 | TOTAL PAYMENTS MADE IN THIS DISTRIBUTION |

Questions regarding plan distributions may be directed to:

Name: Steven J. Abelson, Esq.

Company: _____

Address 1: 80 West Main Street

Address 2: _____

City, State, ZIP: Freehold, NJ 07728

Telephone: 732-462-4773

Facsimile: 732-462-6673

Email: sjaesq@atrbklaw.com

Relationship to Plan proponent: Attorney

I certify under penalty of perjury that the above is true.

Date: 9/19/22            /s/ Dan Maya
                         Disbursing Agent

rev.8/1/15