```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
```

Caption in Compliance with D.N.J. LBR 9004-1(b)

ABELSON LAW OFFICES
By: Steven J. Abelson, Esq. (ID SA7987)
80 West Main Street
PO Box 7005
Freehold, NJ 07728
(732) 462-4773
Attorney for Debtor

In Re:

AUTO PERFECTION ASSOCIATES INC.

Case No.: 21-14296

Chapter: 11

Judge: JKS

## REPORT OF DISTRIBUTIONS
## UNDER CONFIRMED CHAPTER 11 PLAN

Date of Distribution: Oct '22 - Sept. '23        Date Plan Confirmed: 3/1/22

Check one:    ☐ Initial Distribution
              ☒ Subsequent Distribution

Will future distributions be made under the Plan?    ☒ Yes    ☐ No

Future distributions will be made to (*check all that apply*):

  ☐ Administrative fees and expenses
  ☐ Secured claims
  ☒ Priority secured claims
  ☐ General unsecured claims
  ☐ Equity security holders

Anticipated date of next distribution, if known: _____

Percentage dividend to general unsecured creditors:

  Paid in this distribution:                              0      %
  Paid to date:                                            0      %
  To be paid after all distributions made under Plan:     20%    %

**Summary of Payments Made in This Distribution:**

| | |
|---|---|
| $ _____ | Administrative fees and expenses |
| $ _____ | Secured claims |
| $ 7,631.16 | Priority unsecured claims |
| $ _____ | General unsecured claims |
| $ _____ | Equity security holders |
| $ 7,631.16 | TOTAL PAYMENTS MADE IN THIS DISTRIBUTION |

Questions regarding plan distributions may be directed to:

Name: Steven J. Abelson, Esq.

Company: Abelson Law Offices

Address 1: 80 West Main Street

Address 2: _____

City, State, ZIP: Freehold, NJ  07728

Telephone: 732-462-4773

Facsimile: 732-462-6673

Email: sjaesq@atrbklaw.com

Relationship to Plan proponent: Attorney

I certify under penalty of perjury that the above is true.

Date: 1/31/24

/s/ Daniel Maya
Disbursing Agent

rev. 8/1/15