Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21–14296–JKS
Chapter: 11
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Auto Perfection Associates Inc.
   fka Auto Perfection Group Inc.
   400 High Street
   Hackettstown, NJ 07840

Social Security No.:

Employer's Tax I.D. No.:
   82–5521701

## FINAL DECREE

   The estate of the above named debtor(s) has been fully administered.

   If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

   ORDERED that Mark Politan is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>March 20, 2024</u>
                              <u>John K. Sherwood</u>
                              Judge, United States Bankruptcy Court